Edmund M. Scott (SBN 98243)
Patricia M. Fama (SBN 138362)
ROGER, SCOTT & HELMER LLP
1001 Marshall Street, Suite 400
Redwood City, CA 94063
Telephone: 650-365-7700
Facsimile: 650-365-0677

/94386
Attorneys for Defendants
CECILIA MAN SAI WONG and
TRANH KIEN TRINH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GLASS and MARCUS HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>CECILIA MAN SAI WONG, TRANH KIEN TRINH, and does 1-50,<br><br>Defendants. | Case No. C-04-05022 TEH<br><br>STIPULATED DISMISSAL; ORDER |

IT IS HERBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each party to bear its own costs and attorney's fees.

Dated: 11/23/05

TENDERLOIN HOUSING CLINIC, INC.

By:_____
Stephen L. Collier, Esq.
Attorney for Plaintiffs
Kimberly Glass and Marcus Howard

1
STIPULATED DISMISSAL; ORDER

Dated: 10/31/05

ROGER, SCOTT & HELMER

By _/s/ Patricia M. Fama_
 Edmund M. Scott
 Patricia M. Fama
 Attorneys for Defendant
 Cecilia Man Sai Wong and
 Tranh Kien Trinh

IT IS SO ORDERED:

DATED: 11/22/05

_/s/ Thelton E. Henderson_
HONORABLE THELTON E. HENDERSON
United States District Court Judge
Northern District of California